# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0726
_____

MAURICE G. HARGROVE,

Petitioner,

v.

RYAN N. MCLEOD,

Respondent.

_____

Petition for Writ of Certiorari.


September 27, 2019


PER CURIAM.

DENIED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Maurice G. Hargrove, pro se, Petitioner.

No appearance for Respondent.